UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

NELSON BAKER, On Behalf of Himself and All Other Similarly Situated

Plaintiff(s),

vs.

KLONDEX MINES LTD., RICHARD J. HALL, PAUL HUET, WILLIAM MATLACK, CHARLES OLIVER, et at.

Defendant(s).

Case # 3:18-CV-00288

VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL

FILING FEE IS $250.00

____Thomas P. Swigert____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Dorsey & Whitney LLP
(firm name)

with offices at ____50 South Sixth Street, Suite 1500____,
(street address)

__Minneapolis__, __Minnesota__, __55402__,
(city) (state) (zip code)

__(612) 340-2600__, __swigert.tom@dorsey.com__.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

__Klondex Mines LTD and Individual Defendants__ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since October 24, 1996 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Minnesota (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Please See Attachment A | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

7. That Petitioner is a member of good standing in the following Bar Associations.

Federal Bar Association, Hennepin County Bar Association, and Minnesota State Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____Minnesota_____ )
COUNTY OF _____Hennepin_____ )

_____Thomas P. Swigert_____, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__2nd__ day of __July__, __2018__

_____
Notary Public or Clerk of Court

LORI A KAEMMER
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2023

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __John D. Tennert III__ (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

| 300 E. 2nd Street, Suite 1510 |
|---|
| (street address) |

| Reno | Nevada | 89501 |
|---|---|---|
| (city) | (state) | (zip code) |

| (775) 788-2212 | jtennert@fclaw.com |
|---|---|
| (area code + telephone number) | (Email address) |

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) __John D. Tennert III__ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Barry Dahl, CFO
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

| 11728 | jtennert@fclaw.com |
|---|---|
| Bar number | Email address |

APPROVED:
Dated: this 3rd day of July, 20 18.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# Attachment A

4. That Petitioner was admitted to practice before the following United States District Court, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State of Minnesota | 10/24/1996 | 0266309 |
| State of Colorado | 05/14/2001 | 32668 |
| State of Illinois | 11/09/1995 | 06230374 |
| 8th Circuit Court of Appeals | 07/28/1997 | N/A |
| 9th Circuit Court of Appeals | 08/26/2003 | N/A |
| USDC – District of Minnesota | 12/06/1996 | 0266309 |
| USDC – District of Colorado | 05/24/2001 | 32668 |
| USDC – District of Illinois | 12/20/1995 | 06230374 |
| Supreme Court of the United States | 11/27/2017 | 303812 |

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

THOMAS PAUL SWIGERT

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 24, 1996

Given under my hand and seal of this court on

June 25, 2018

*Emily J. Eschweiler*

Emily J. Eschweiler, Director
Office of Lawyer Registration

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Thomas Paul Swigert

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/09/1995 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 26th day of June, 2018.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois



# SUPREME COURT
## State of Colorado,

STATE OF COLORADO, ss:

I, **Cheryl Stevens**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**THOMAS PAUL SWIGERT**

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **14th** day of **May** A. D. **2001** and that at the date hereof the said **THOMAS PAUL SWIGERT** is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **27th** day of **June** A. D. **2018**

**Cheryl Stevens**
Clerk

By _[signature]_
Deputy Clerk

# CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b) and Electronic Filing Procedure IV(B), I certify that on July 2, 2018, a true and correct copy of the **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL,** was transmitted electronically through the Court's e-filing electronic notice system to the attorney(s) associated with this case. If electronic notice is not indicated through the court's e-filing system, then a true and correct <u>paper</u> copy of the foregoing document was delivered via U.S. Mail.

Martin A. Muckleroy, Esq.  martin@muckleroylunt.com

Michael J. Palestina, Esq.  Michael.Palestina@ksfcounsel.com

Christopher R. Tillotson, Esq.  Christopher.tillotson@ksfcounsel.com

Juan E. Monteverde, Esq.  jmonteverde@monteverdelaw.com

Miles D. Schreiner, Esq.  mschreiner@monteverdelaw.com

/s/ Pamela Carmon
An Employee of Fennemore Craig, P.C.

14032121