# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NELSON BAKER

    Plaintiff(s),

vs.

KLONDEX MINES LTD, ET AL

    Defendant(s).

Case #3:18-CV-00288

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

  <u>JUAN E. MONTEVERDE</u>, Petitioner, respectfully represents to the Court:
    (name of petitioner)

  1. That Petitioner is an attorney at law and a member of the law firm of

<u>MONTEVERDE & ASSOCIATES PC</u>
    (firm name)

with offices at <u>THE EMPIRE STATE BUILDING, 350 FIFTH AVE. SUITE 4405</u>,
    (street address)

<u>NEW YORK</u>, <u>New York</u>, <u>10118</u>,
 (city)  (state)  (zip code)

<u>212 971 1341</u>, <u>jmonteverde@monteverdelaw.com</u>.
(area code + telephone number) (Email address)

  2. That Petitioner has been retained personally or as a member of the law firm by

<u>NELSON BAKER</u> to provide legal representation in connection with
  [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since **JANUARY 4, 2007** (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of **New York** (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| STATE OF NEW YORK | 1/4/07 | 4467882 |
| SEE RIDER A | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

NONE

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

NONE

7. That Petitioner is a member of good standing in the following Bar Associations.

NONE

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| NONE | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF New York   )
COUNTY OF  NEW YORK  )

JUAN E. MONTEVERDE, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this 9th day of July, 2018.

_____
Notary Public or Clerk of Court

[Notary Seal: JOHN WARREN BAYLET, STATE OF NEW YORK, NOTARY PUBLIC, Qualified in New York County, 02BA6371007, MY COMMISSION EXPIRES 02/20/2022]

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate **MARTIN MUCKELROY**, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

6077 FORT APACHE ROAD, SUITE 140
(street address)

LAS VEGAS, Nevada, 89148
(city)  (state)  (zip code)

702 907 0097, MARTIN@MUCKLEROYLUNT.COM
(area code + telephone number)  (Email address)

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Martin A. Muckleroy_____ as his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Nelson J. Baker
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

9634     martin@muckleroylunt.com
Bar number     Email address

APPROVED:

Dated: this 9th day of July, 2018.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# Rider A

| | |
|---|---|
| Southern District of New York | 01/03/2008 |
| Eastern District of Wisconsin | 01/14/2011 |
| 7th Circuit: | 06/15/2011 |
| Eastern District of New York | 06/06/2012 |
| District of Colorado | 07/05/2012 |
| Western District of New York | 03/31/2014 |
| 9th Circuit: | 01/19/2016 |

# Appellate Division of the Supreme Court of the State of New York First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## JUAN E. MONTEVERDE

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **January 4, 2007**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

July 18, 2017

Clerk of the Court

3556

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>　　　**JUAN ENEAS MONTEVERDE**　　　</u>, Bar # <u>　JM8169　</u>

was duly admitted to practice in this Court on

<u>　**JANUARY 03, 2008**　</u>, and is in good standing as a member of the Bar of this Court.

Dated at <u>500 Pearl Street<br>New York, New York</u>　on　<u>**NOVEMBER 13, 2017**</u>

<u>　Ruby J. Krajick　</u>　by　<u>　[signature]　</u>
　　Clerk　　　　　　　　　　　　Deputy Clerk